No. 97–8939. BANKS *v.* MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 97–8941. DARDEN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–8942. HOWARD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–8946. GREEN *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–8947. POPE *v.* JARVIS, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–8949. PHIM *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 97–8952. DUMAS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 97–8954. LEVENTHAL *v.* SURFACE ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–8960. LOWE *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–8963. PRENTICE *v.* INFORMATION RESOURCES, INC. C. A. 7th Cir. Certiorari denied.

No. 97–8965. WALP *v.* BOZARTH. C. A. 5th Cir. Certiorari denied.

No. 97–8966. TERRY *v.* CIRCUIT COURT OF MISSISSIPPI, SUNFLOWER COUNTY. Sup. Ct. Miss. Certiorari denied.

No. 97–8967. ORTIZ *v.* FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 97–8968. RILEY *v.* SEATTLE UNIVERSITY ET AL. Ct. App. Wash. Certiorari denied.

No. 97–8976. FERGUSON *v.* WILLIAMS, WARDEN. C. A. 10th Cir. Certiorari denied.